**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jun Yu and Jenyi Yu
    Debtor(s)

CHAPTER 13

BKY. NO. 14-17928 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4618

        Respectfully submitted,

        **/s/Thomas Puleo, Esquire**
        Thomas Puleo, Esquire
        Brian C. Nicholas, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 825-6306  FAX (215) 825-6406