United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-17928-mdc
Jun Yu                                                                  Chapter 13
Jenyi Yu
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia            Page 1 of 1            Date Rcvd: Apr 13, 2018
                               Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13486816       E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2018 01:55:02      Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Joint Debtor Jenyi  Yu scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Jun  Yu scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ALBERT J. SCARAFONE, JR.    on behalf of U.S. Trustee    United States Trustee
               scarafone@comcast.net,     ascarafone@gmail.com;r39418@notify.bestcase.com
              ALBERT J. SCARAFONE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-17928-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Jun Yu
6003 Shady Wood Circle
Collegeville PA 19426-3662

Jenyi Yu
6003 Shady Wood Circle
Collegeville PA 19426-3662

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/13/2018.

Name and Address of Alleged Transferor(s):

Claim No. 19: Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/15/18

Tim McGrath
**CLERK OF THE COURT**