United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jun Yu
Jenyi Yu
    Debtors

Case No. 14-17928-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Dec 03, 2018
                        Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13487311      +E-mail/Text: bncmail@w-legal.com Dec 04 2018 03:14:11      COMENITY CAPITAL BANK/PAYPAL CREDIT,
        C/O WEINSTEIN & RILEY, P.S.,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2018 at the address(es) listed below:
      ALBERT J. SCARAFONE, JR.   on behalf of Joint Debtor Jenyi  Yu scarafone@comcast.net,
       ascarafone@gmail.com;r39418@notify.bestcase.com
      ALBERT J. SCARAFONE, JR.   on behalf of Debtor Jun  Yu scarafone@comcast.net,
       ascarafone@gmail.com;r39418@notify.bestcase.com
      ALBERT J. SCARAFONE, JR.   on behalf of U.S. Trustee   United States Trustee
       scarafone@comcast.net,   ascarafone@gmail.com;r39418@notify.bestcase.com
      ALBERT J. SCARAFONE, JR.   on behalf of Trustee WILLIAM C. MILLER, Esq. scarafone@comcast.net,
       ascarafone@gmail.com;r39418@notify.bestcase.com
      ANDREW F GORNALL   on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      DENISE ELIZABETH CARLON   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
      THOMAS I. PULEO   on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM EDWARD CRAIG   on behalf of Creditor   JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
       mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                 TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-17928-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Jun Yu
6003 Shady Wood Circle
Collegeville PA 19426-3662

Jenyi Yu
6003 Shady Wood Circle
Collegeville PA 19426-3662

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/30/2018.

Name and Address of Alleged Transferor(s):

Claim No. 20: COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121

Name and Address of Transferee:

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/05/18

Tim McGrath
**CLERK OF THE COURT**