Certificate Number: 14912-PAE-DE-033936654

Bankruptcy Case Number: 14-17928



14912-PAE-DE-033936654

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>January 11, 2020</u>, at <u>11:14</u> o'clock <u>AM EST</u>, <u>Jun Yu</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 11, 2020</u>      By:    <u>/s/Jai Bhatt</u>

                                Name:  <u>Jai Bhatt</u>

                                Title:  <u>Counselor</u>