```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 14-17928-mdc
Jun Yu                                                                  Chapter 13
Jenyi Yu
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0313-2          User: Christina              Page 1 of 3              Date Rcvd: Jan 16, 2020
                              Form ID: 138NEW              Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db/jdb        +Jun Yu,    Jenyi Yu,    6003 Shady Wood Circle,    Collegeville, PA 19426-3362
cr            +JPMorgan Chase Bank, N.A.,    201 N Central Ave, Fl 11,    Phoenix, AZ 85004-1071
13398363       Albert J. Scarafone, Jr.,    1717 Swede Road,   Suite 200,    Blue Bell, PA 19422-3372
13478615       American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13398364      +American Express Bank, FSB,    4315 S. 2700 West,    Salt Lake City, UT 84184-0002
13398365      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX  79998-2235)
13466719      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13398366       Bloomingdale’s,    P.O. Box 17759,    Clearwater, FL  33762-0759
13453864       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13398368       Chase,   P.O. Box 901037,    Fort Worth, TX  76101-2037
13398369       Chase Bank USA, NA,    PO Box 15298,    Wilmington, DE  19850-5298
13398370       Citicards CBNA,    PO Box 6241,   Sioux Falls, SD  57117-6241
13460766       Credit FIrst NA,    PO Box 818011,    Cleveland, OH 44181-8011
13398372       Credit First NA,    PO Box 81083,   Cleveland, OH  44181
13425776      +Department Stores National Bank/Bloomingdales,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13425777      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13398374      +Firestone,    Credit Card Services,   P.O. Box 81344,    Cleveland, OH 44188-0001
13398379      #Jordon W. Felzer, Esquire,    PO Box 2163,    Southeastern, PA  19399-2163
13410561      +Level Financial LLC,    PO Box 3023,    Huthcinson KS 67504-3023,    attn:  C. Lindeman
13427302      +M & T Mortgage Corporation,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13398381      +M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
13398382       Macy’s/DSNB,    PO Box 17759,   Clearwater, FL  33762-0759
13398383      +Mobiloans,    P.O. Box 1409,    Marksville, LA 71351-1409
13478434      +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:51     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2020 03:44:09
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2020 03:44:34     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 03:47:55
                PRA Receivables Management, LLC,    PO Box 41067,    NORFOLK, VA 23541-1067
cr            +E-mail/Text: bncmail@w-legal.com Jan 17 2020 03:44:25     Synchrony,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
cr             E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:07     Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13487311      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2020 03:43:44
                COMENITY CAPITAL BANK/PAYPAL CREDIT,    C/O WEINSTEIN & RILEY, P.S.,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13398367       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2020 03:48:02     Capital One,
                P.O. Box 30281,    Salt Lake City, UT  84130-0281
13421684       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2020 03:58:23
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13398371       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2020 03:43:44     Comenity Bank,
                PO Box 182789,    Columbus, OH  43218-2789
13398373       E-mail/Text: mrdiscen@discover.com Jan 17 2020 03:43:26     Discover Card,    P.O. Box 15316,
                Wilmington, DE  19850-5316
13401453       E-mail/Text: mrdiscen@discover.com Jan 17 2020 03:43:26     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13398375       E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:06     GECRB/Gap,    PO Box 965005,
                Orlando, FL  32896-5005
13398376      +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:27     GECRB/TJX Co DC,    PO Box 965015,
                Orlando, FL  32896-5015
13398377       E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:07     GECRB/Toys R Us,    PO  Box 965005,
                Orlando, FL  32896-5005
13398378       E-mail/Text: cio.bncmail@irs.gov Jan 17 2020 03:43:35     Internal Revenue Service,
                Attn: Special Procedures,    P.O. Box 12051,    Philadelphia, PA  19105
13416140       E-mail/Text: bk.notifications@jpmchase.com Jan 17 2020 03:43:45     JPMorgan Chase Bank N.A.,
                National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13398380       E-mail/Text: bncnotices@becket-lee.com Jan 17 2020 03:43:29     Kohls/Capital One,
                PO Box 3115,    Milwaukee, WI  53201-3115
13398360      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 17 2020 03:44:19
                Office of the United States Trustee,    833 Chestnut Street,    Suite 501,
                Philadelphia, PA 19107-4405
```

```
District/off: 0313-2          User: Christina              Page 2 of 3                   Date Rcvd: Jan 16, 2020
                              Form ID: 138NEW              Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13463395        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 03:47:30
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13398384        E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:27      PayPal Plus Credit Card,
                 P.O. Box 960080,    Orlando, FL  32896-0080
13428203        E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2020 03:43:49
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13403493        E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2020 03:47:13
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14239009       +E-mail/Text: bncmail@w-legal.com Jan 17 2020 03:44:25      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13398385       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:51      Syncb/Lenscrafters,
                 P.O. Box 9650366,    Orlando, FL 32896-0001
13486816        E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:07      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13398436*       Albert J. Scarafone, Jr.,    1717 Swede Road,    Suite 200,    Blue Bell, PA 19422-3372
13398437*      +American Express Bank, FSB,    4315 S. 2700 West,    Salt Lake City, UT 84184-0002
13398438*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX  79998-2235)
13398439*       Bloomingdale’s,    P.O. Box 17759,    Clearwater, FL 33762-0759
13398440*       Capital One,    P.O. Box 30281,    Salt Lake City, UT  84130-0281
13398441*       Chase,    P.O. Box 901037,    Fort Worth, TX 76101-2037
13398442*       Chase Bank USA, NA,    PO Box 15298,    Wilmington, DE 19850-5298
13398443*       Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
13398444*       Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
13398445*       Credit First NA,    PO Box 81083,    Cleveland, OH 44181
13398446*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Card,    P.O. Box 15316,    Wilmington, DE  19850-5316)
13398447*      +Firestone,   Credit Card Services,    P.O. Box 81344,    Cleveland, OH 44188-0001
13398448*       GECRB/Gap,    PO Box 965005,    Orlando, FL 32896-5005
13398449*      +GECRB/TJX Co DC,    PO Box 965015,    Orlando, FL 32896-5015
13398450*       GECRB/Toys R Us,    PO Box 965005,    Orlando, FL 32896-5005
13398451*       Internal Revenue Service,    Attn: Special Procedures,    P.O. Box 12051,
                 Philadelphia, PA  19105
13398362*      +Jenyi Yu,    6003 Shady Wood Circle,    Collegeville, PA 19426-3362
13398435*      +Jenyi Yu,    6003 Shady Wood Circle,    Collegeville, PA 19426-3362
13398452*       Jordon W. Felzer, Esquire,    PO Box 2163,    Southeastern, PA  19399-2163
13398361*      +Jun Yu,    6003 Shady Wood Circle,    Collegeville, PA 19426-3362
13398434*      +Jun Yu,    6003 Shady Wood Circle,    Collegeville, PA 19426-3362
13398453*       Kohls/Capital One,    PO Box 3115,    Milwaukee, WI 53201-3115
13398454*      +M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
13398455*       Macy’s/DSNB,    PO Box 17759,    Clearwater, FL 33762-0759
13398456*      +Mobiloans,    P.O. Box 1409,    Marksville, LA 71351-1409
13398433*      +Office of the United States Trustee,    833 Chestnut Street,    Suite 501,
                 Philadelphia, PA 19107-4405
14090248*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                 Norfolk, VA 23541)
13398457*       PayPal Plus Credit Card,    P.O. Box 960080,    Orlando, FL 32896-0080
13398458*      +Syncb/Lenscrafters,    P.O. Box 9650366,    Orlando, FL 32896-0001
                                                                                   TOTALS: 0, * 29, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Christina              Page 3 of 3                 Date Rcvd: Jan 16, 2020
                              Form ID: 138NEW              Total Noticed: 50
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:

```
              ALBERT J. SCARAFONE, JR.    on behalf of U.S. Trustee    United States Trustee
               scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com
              ALBERT J. SCARAFONE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ALBERT J. SCARAFONE, JR.    on behalf of Joint Debtor Jenyi  Yu scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Jun  Yu scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jun Yu and Jenyi Yu
    Debtor(s)

Bankruptcy No: 14–17928–mdc
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 1/16/20

        56 – 55
        Form 138_new