United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 14-17928-mdc
Jun Yu    Chapter 13
Jenyi Yu
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 1    Date Rcvd: Feb 27, 2020
                              Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.
jdb           +Jenyi Yu,   6003 Shady Wood Circle,   Collegeville, PA 19426-3362

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:
        ALBERT J. SCARAFONE, JR.   on behalf of Debtor Jun  Yu scarafone@comcast.net,
          ascarafone@gmail.com;r39418@notify.bestcase.com
        ALBERT J. SCARAFONE, JR.   on behalf of Joint Debtor Jenyi  Yu scarafone@comcast.net,
          ascarafone@gmail.com;r39418@notify.bestcase.com
        ANDREW F GORNALL   on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        DENISE ELIZABETH CARLON   on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD   on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER   on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        THOMAS I. PULEO   on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD CRAIG   on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                    TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Jun Yu and Jenyi Yu  : Case No. 14–17928–mdc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , 27th day of February 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

60
Form 195